District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMAN AL DARRAJI,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

    Defendants.

No. 2:23-cv-646-TL

STIPULATED MOTION TO DISMISS
AND REMAND AND [PROPOSED]
ORDER

Note for Consideration:
June 14, 2023

Plaintiff Iman Al Darraji brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form N-400, Application for Naturalization, within 120 days after her initial interview. She seeks de novo review of her application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. Once remanded, USCIS agrees to interview Plaintiff on June 21, 2023. USCIS further agrees to adjudicate Plaintiff's N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 30 days of the interview. Accordingly, the parties have

STIPULATED MOTION TO DISMISS AND REMAND
(C23-646 TL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 14, 2023

    Respectfully submitted,

United States Attorney's Office

*s/Matt Adams*  
MATT ADAMS WSBA #28287

*s/Aaron Korthuis*  
AARON KORTHUIS WSBA #53974

*s/ Kevin Hollinz*  
KEVIN HOLLINZ WSBA #52043  
Northwest Immigrant Rights Project  
615 Second Avenue, Suite 400  
Seattle, WA 98104  
Tel.: (206) 957-8611  
Email:  Matt@nwirp.org  
       aaron@nwirp.org  
       khollinz@nwirp.org

*Attorneys for Plaintiff*

*/s/ Michelle R. Lambert*  
MICHELLE R. LAMBERT  
NYS#4666657  
Assistant United States Attorney  
United States Department of Justice  
1201 Pacific Avenue, Suite 700  
Tacoma, WA 98402  
Tel.: (253) 428-3824  
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO DISMISS AND REMAND  
(C23-646 TL) - 2

UNITED STATES ATTORNEY  
1201 PACIFIC AVE., STE. 700  
TACOMA, WA 98402  
(253) 4258-3800

**[PROPOSED]** **ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall interview Plaintiff on June 21, 2023. Thereafter, USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 30 days of the interview.

IT IS HEREBY ORDERED.

DATED this 15th day of June 2023.

Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
(C23-646 TL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800